8. That said appeals are submitted for decision upon this stipulation and said Schedule A.

Upon the agreed facts, I find foreign market value, as defined in section 164 of the Antidumping Act of 1921 (19 U.S.C. § 164), for the merchandise described in schedule A, attached to and made a part of this decision, and the purchase price thereof, within section 162 of said act (19 U.S.C. § 162), to be as specified in said schedule A.

As to all other items of merchandise not identified in schedule A, I find the foreign market values and purchase prices to be as reported by the appraiser.

In all other respects, the values of all merchandise are as returned by the appraiser.

Judgment will be entered accordingly.

**REHEARING MOTION DENIED**

APRIL 13, 1965

**Reap. Dec. 10953.**—Oscar E. Eggen (American Express Co.) et al. *v.* United States, Entered at Los Angeles, Calif. Reap. Dec. 10901, decision on rehearing of Reap. Dec. 10013. Motion by defendant.

**REHEARING MOTIONS GRANTED**

APRIL 15, 1965

**Reap. Dec. 10954.**—Ecclesiastical Art, Ltd. *v.* United States, Reappraisement dismissed March 10, 1965. Motion by plaintiff.

**Reap. Dec. 10955.**—Standard Triumph Motor Co., Inc. *v.* United States, Reappraisements dismissed March 10, 1965. Motion by plaintiff.

(Reap. Dec. 10956)

KURT ORBAN CO., INC. *v.* UNITED STATES

Entry No. 9883.

(Decided April 20, 1965)

*Sharretts, Paley & Carter* for the plaintiff.

*John W. Douglas*, Assistant Attorney General, for the defendant.

WILSON, Judge: The following appeal for reappraisement is before me for decision on a written stipulation, reading as follows: